# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE LIGGINS, individually and on behalf of others similarly situated and aggrieved,<br><br>            Plaintiff,<br>    v.<br><br>GMRI, INC., A Florida corporation doing business as Olive Garden Italian Restaurant; OLIVE GARDEN HOLDINGS LLC, a Florida limited liability company; OLIVE GARDEN, LLC, a California limited liability Company; DARDEN RESTAURANTS, INC., a Florida corporation; OLIVE GARDEN ITALIAN RESTAURANT – MANHATTAN BEACH, an entity of unknown form; and OLIVE GARDEN ITALIAN RESTAURANT – HUNTINGTON BEACH, an entity of unknown form; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 8:20-cv-00055-DSF (AFMx)<br><br>ASSIGNED TO JUDGE DALE S. FISCHER, COURTROOM 7D<br><br>**ORDER** |

# **ORDER**

**IT IS SO ORDERED THAT THE STIPULATION IS APPROVED.**

Having read and considered the foregoing stipulation, the Court hereby orders the dismissal, with prejudice, of any and all of Plaintiff's claims against all named Defendants. Each party will bear their own attorneys' fees and costs incurred in this action, notwithstanding the provisions of Federal Rule of Civil Procedure 54(d).

IT IS SO ORDERED.

DATED: October 4, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1